# ALAN DEXTER BOWMAN, P.A.

A Professional Corporation
ATTORNEY AT LAW
GATEWAY 1, SUITE 105
NEWARK, NEW JERSEY 07102

AREA CODE (973) 622-2225
FAX (973) 242-6768

ALAN DEXTER BOWMAN

LADEEN GREGORY
*Office Manager*

March 27, 2008

<u>VIA FAX 973-645-4549</u>
Honorable Peter G. Sheridan, U.S.D.J.
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:     **United States v. Gladwyn Wilson**
        <u>**Docket No. 07-00659-001**</u>

Dear Judge Sheridan:

This letter is intended as a request for an additional 14 days to file objections to the Presentence Report. I have been away on trial for approximately 5 weeks.

Please advise.

Respectfully submitted,

Alan Dexter Bowman

Cc:   AUSA Robert L. Frazer

SO ORDERED: _Peter Sheridan_
DATED: _4/1/08_