**ALAN DEXTER BOWMAN, P.A.**
A Professional Corporation
ATTORNEY AT LAW
GATEWAY 1, SUITE 105
NEWARK, NEW JERSEY 07102

AREA CODE (973) 622-2225
FAX (973) 242-6768

ALAN DEXTER BOWMAN

LADEEN GREGORY
*Office Manager*

May 22, 2008

**VIA MAIL & FAX 973-645-4549**
Honorable Peter G. Sheridan, U.S.D.J.
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: **United States v. Gladwyn Wilson**
    **Docket No. 07-00659-001**

Dear Judge Sheridan:

  This letter is intended to as request for adjournment in the above-captioned matter. This matter is scheduled for Tuesday, May 27, 2008 before Your Honor. However, I respectfully request a one to two-week postponement in this matter so that Robert Frazer and I may schedule the safety valve interview in this matter. AUSA Robert L. Frazer consents to this request.

  Please advise.

Respectfully submitted,

Alan Dexter Bowman

Cc: AUSA Robert L. Frazer

SO ORDERED: *Peter M Sheridan*
DATED: 5/22/08